# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name:  **HENRI BA v. TODD LYONS, et al.**    Case Number: **3:25-cv-2871-CAB-BJW**

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape: [Reporter Tape]

In light of Petitioner's release from custody, [Doc. No. 16 at 2], the Court VACATES the hearing set for December 4, 2025 at 1:00 PM.  Considering Petitioner's release from custody, the Court is inclined to render the habeas petition moot.  Petitioner may file a reply to Respondents' notice, [Doc. No. 16], arguing why the habeas petition is not moot by December 4, 2025.

 Date:  December 2, 2025                                                    Initials:  REO